(137 So. 42)

### Andrew MOOMAW v. STATE.

8 Div. 336.

Supreme Court of Alabama.

Oct. 15, 1931.

Fred S. Parnell and C. P. Almon, both of Florence, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

PER CURIAM.

Petition of Andrew Moomaw for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Moomaw v. State, 137 So. 40.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and FOSTER, JJ., concur.